Same case below, 555 F.3d 254.

**No. 09-7018. Pedro Godinez-Ortiz, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1879, 176 L. Ed. 2d 369, 2010 U.S. LEXIS 2729.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 763 F.3d 1022.

**No. 09-7250. Antoine Tucker, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1880, 176 L. Ed. 2d 369, 2010 U.S. LEXIS 2733.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 339 Fed. Appx. 150.

**No. 09-7252. Gregory May, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1880, 176 L. Ed. 2d 369, 2010 U.S. LEXIS 2602.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 339 Fed. Appx. 149.

**No. 09-7322. Michael T. Grubert, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1880, 176 L. Ed. 2d 369, 2010 U.S. LEXIS 2583.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 339 Fed. Appx. 406.

**No. 09-7519. Audel Acosta-Larios, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1881, 176 L. Ed. 2d 369, 2010 U.S. LEXIS 2747.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-7553. Robert Zane Curl, Petitioner v. California.**

559 U.S. 1009, 130 S. Ct. 1881, 176 L. Ed. 2d 369, 2010 U.S. LEXIS 2705.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 46 Cal. 4th 339, 207 P.3d 2.

**No. 09-7576. David W. Svete, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1881, 176 L. Ed. 2d 369, 2010 U.S. LEXIS 2660.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 565 F.3d 1363.